IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | ) | Case No. 1:12CR224 |
|---|---|---|
| v. | ) | Count 1 |
|  | ) | 21 U.S.C. §§ 841(a)(1) and 846 |
| GILBERTO RAMOS, | ) | Conspiracy to Distribute Five |
|  | ) | Kilograms or More of Cocaine |
| Defendant. | ) |  |

INDICTMENT

MAY 2012 TERM- at Alexandria, Virginia

COUNT 1

THE GRAND JURY CHARGES THAT:

From in and around January 2010 through in and around August 2011, in Fairfax County, Virginia, within the Eastern District of Virginia, and elsewhere, the defendant, GILBERTO RAMOS, did unlawfully, knowingly, and intentionally combine, conspire, confederate and agree with others, both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846.)

A TRUE BILL,

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
Foreperson

Neil H. MacBride
United States Attorney

By: _____
Michael P. Ben'Ary
Assistant United States Attorney