IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No. 1:12CR224 |
| | ) |
| GILBERTO RAMOS | ) |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 19th day of November, 2012, then and there to testify on behalf of the United States:

_____20 Blank Subpoenas_____

This 2nd day of November, 2012.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Elizabeth N. Eriksen
Special Assistant United States Attorney

Subpoena issued: _____, 2012.

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   1:12CR224 |
| GILBERTO RAMOS | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA  22314 | Courtroom No.: 601 |
|---|---|---|
| | | Date and Time: November 19, 2012 at 10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date:   11/02/2012

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   United States of America
_Elizabeth N. Eriksen_ , who requests this subpoena, are:

SAUSA Elizabeth N. Eriksen
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Beth.Eriksen@usdoj.gov
(703) 299-3700