IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No.: 12-224(GBL) |
| v. | : | Trial Date: January 22, 2013 |
| | : | |
| GILBERTO RAMOS, | : | |
| Defendant. | : | |

**<u>SECOND DEFENSE MOTION TO CONTINUE TRIAL DATE</u>**

Now comes the Defendant, GILBERTO RAMOS, by and through counsel and moves this Honorable Court to continue the January 22, 2013 trial date to February 4, 2013. In support of which the Defendant relies on the attached Certification In Support of Motion To Adjourn Trial Date.

I ASK FOR THIS:
GILBERTO RAMOS

By counsel


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins, PLLC
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant GILBERTO RAMOS

**CERTIFICATE OF SERVICE**

      I hereby certify that I cause a true and accurate copy of the foregoing Motion to Continue Trial Date to be served on all counsel of record via ECF on this December 26, 2012.


_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins, PLLC
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, VA  22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant GILBERTO RAMOS