IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:12-CR-224 |
| | ) | |
| v. | ) | The Honorable Gerald Bruce Lee |
| | ) | |
| GILBERTO RAMOS, | ) | Trial Date: March 11, 2013 |
| (Count 1) | ) | |
| | ) | |
| Defendant. | ) | |

## TRIAL WITNESS LIST FOR THE UNITED STATES

The United States of America, by and through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Michael P. Ben'Ary, Assistant United States Attorney and Elizabeth N. Eriksen, Special Assistant United States Attorney, hereby submits the following trial witness list.

1. Special Agent Kevin Conway
2. Rigo Espinosa
3. Antonio Sandoval
4. Bobby Garcia
5. Jesus Sandoval
6. Tyrone Smith
7. Special Agent Christopher Ray
8. Detective Brian Gavin
9. Maurice Krider
10. Task Force Officer Daniel Ohr

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: /s/ Michael Ben'Ary and Elizabeth Eriksen
Michael P. Ben'Ary
Assistant United States Attorney
Elizabeth N. Eriksen
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 837-8242
Email: michael.ben'ary2@usdoj.gov;
beth.eriksen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of March 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Robert Lee Jenkins, Jr.
>Bynum & Jenkins PLLC
>1010 Cameron Street
>Alexandria, Virginia 22314
>Tel: (703) 309-0899
>Fax: (703) 549-7701
>Email: rjenkins@bynumandjenkinslaw.com
>
>Alan Dexter Bowman
>Gateway 1, 6th Floor
>Newark, New Jersey 07102
>Phone: (973) 622-2225
>Fax: (973) 242-6768
>Email: alanbowman.lawoffice@gmail.com

/s/ Michael Ben'Ary and Elizabeth Eriksen
Michael P. Ben'Ary
Assistant United States Attorney
Elizabeth N. Eriksen
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 837-8242
Email: michael.ben'ary2@usdoj.gov;
beth.eriksen@usdoj.gov