# Exhibit #1

Exhibit #1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 1:12-CR-224 |
| GILBERTO RAMOS, | ) | |
| | ) | The Honorable Gerald Bruce Lee |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION AND NOTICE
## PURSUANT TO 21 U.S.C. § 851

The United States Attorney hereby files Notice and charges pursuant to Title 21, United

States Code, Section 851, et seq., as required before trial or entry of a plea agreement of guilty,

that the defendant, GILBERTO RAMOS, faces enhanced punishment under Title 21, United

States Code, Sections 841 and 846, since he was previously found guilty on or about August 24,

1990, in the Superior Court of California, County of Los Angeles, Northwest Branch of: one

count of felony Possession of Marijuana for Sale in violation of California Health & Safety Code

§ 11359. For that conviction, the defendant was sentenced to 180 days of incarceration and a 3

year term of felony probation. A copy of the certified conviction Order in the case is attached.

Neil H. MacBride
United States Attorney

By: _____/s/_____
Michael P. Ben'Ary
Assistant United States Attorney
Elizabeth N. Eriksen
Special Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of September 2012, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF, which will then send a notification of such filing

(NEF) to the following:

Robert Lee Jenkins, Esq.
Bynum & Jenkins PLLC
1010 Cameron Street
Alexandria, Virginia 22314
Phone: (703) 309-0899
Fax: (703) 549-7701
Email: rjenkins@bynumandjenkinslaw.com


                        /s/
                    Michael P. Ben'Ary
                    Assistant United States Attorney
                    Elizabeth N. Eriksen
                    Special Assistant United States Attorney
                    Office of the United States Attorney
                    2100 Jamieson Avenue
                    Alexandria, Virginia 22314
                    Tel: (703) 299-3700
                    Fax: (703) 837-8242
                    Email: michael.ben'ary2@usdoj.gov
                           beth.eriksen@usdoj.gov

**REPORT – INDETERMINATE SENTENCE,**
**OR OTHER SENTENCE CHOICE**

FORM CR 291

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
BRANCH NORTHWEST

COUNTY I.D. (19)0 0 0 7

# FILED

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: 01) RAMOS, GILBERT
AKA:

CASE NUMBER (2) LA 004283 -A

☒ PRESENT
☐ NOT PRESENT

AUG 24 1990

FRANK S. ZOLIN, COUNTY CLERK

REPORT OF: ☐ DEATH SENTENCE     AMENDED ☐
☐ INDETERMINATE SENTENCE   REPORT
☒ OTHER SENTENCE CHOICE

DATE OF HEARING 08-24-90   DEPT. NO. NW B   JUDGE MICHAEL FARRELL   CLERK

REPORTER   COUNSEL FOR PEOPLE   COUNSEL FOR DEFENDANT   PROBATION NO. OR PROBATION OFFICER

1. DEFENDANT was convicted of the commission of the following felonies (or alternate felony/misdemeanors):

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | | DATE OF CONVICTION | | | CONVICTED BY | | | |
|-------|------|---------------|-------|--|--------------------|--|--|--------------|--|--|--|
| | | | | | MO. | DAY | YEAR | | | | |
| 1 | HS | 11359 | POSS MARIJ SALE | 90 | 07 | 27 | 90 | | | | X |

4. Defendant was sentenced TO DEATH on count _____.

5. ☐ Defendant was sentenced to State Prison for an indeterminate term:
   A. ☐ For LIFE, or a term such as 15 or 25 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   B. ☐ For LIFE WITHOUT the possibility of parole on counts _____
   C. ☐ For other term prescribed by law on counts _____ (Life Terms are "A" and "B.")

6. ☐ Counts _____ are alternate felony/misdemeanors and were DEEMED MISDEMEANORS.
   A term in jail ☐ was ☐ was not ordered.

7. ☒ For counts 1 the defendant was placed on FELONY probation.
   A. (1) ☐ Sentence pronounced and execution of sentence was suspended; or
      (2) ☒ Imposition of sentence was suspended.
   B. Conditions of probation included ☒ Jail Time   ☒ Fine

8. ☐ Other dispositions
   A. ☐ Defendant was committed to California Youth Authority.
   B. ☐ Proceedings suspended, and defendant was committed to California Rehabilitation Center.
   C. ☐ Proceedings suspended, and defendant was committed as a Mentally Disordered Sex Offender.
   D. ☐ Proceedings suspended, and defendant was committed as mentally incompetent.

NOTE 1: PURSUANT TO ARTICLE VI, SECTION 6 OF THE CALIFORNIA CONSTITUTION AND SECTION 68505 OF THE GOVERNMENT CODE, THE CHIEF JUSTICE REQUIRES THAT EACH SUPERIOR COURT SHALL COMPLETE THIS FORM FOR EACH INDETERMINATE SENTENCE TO STATE PRISON OR SENTENCE CHOICE OTHER THAN STATE PRISON.

NOTE 2: FOR DEATH SENTENCE OR INDETERMINATE SENTENCE, ABSTRACT OF JUDGMENT MUST ALSO BE PREPARED. IT IS NOT SENT TO THE ADMINISTRATIVE OFFICE OF THE COURTS (AOC).

NOTE 3: IF DEFENDANT IS SENTENCED ON BOTH DETERMINATE AND INDETERMINATE COUNTS, FORM DSL 290 OR 290.1 MUST BE PREPARED AND SENT TO AOC AS WELL AS THIS FORM (AND AN ABSTRACT FOR INDETERMINATE COUNTS THAT IS NOT SENT TO AOC).

DEPUTY'S SIGNATURE _____   DATE 8-24-90

REPORT – INDETERMINATE SENTENCE
FORM CR 291

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

DISTRIBUTION:   PINK COPY – COURT FILE   YELLOW COPY – EXCESS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

**3** P & S

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | |
|---|---|---|---|
| Date | AUGUST 24 1990 | | DEPT. LWB |
| HONORABLE | MICHAEL F. KNILL | JUDGE J. Anderberg | Deputy Clerk |
| | S. GARCIA | Deputy Sheriff | J SPENCER Reporter |
| CASE NO. | L.C 4263 01 | | |

(Parties and counsel checked if present)

PEOPLE OF THE STATE OF CALIFORNIA
vs
OLIVER WES GILBERT

Counsel for People: DEPUTY DISTRICT ATTY: E Pritkin

CHARGE H11359 DICTS

Counsel for Defendant: S. Seder DPP

(BOX CHECKED IF ORDER APPLICABLE) X 330 PC

NATURE OF PROCEEDINGS

P & S ........ Bail ........ Out of Pro

71 ☐ PUBLIC DEFENDER APPOINTED, D.P.D. ........ IS SWORN AS THE ENGLISH/ ........ INTERPRETER
☐ DUE TO CONFLICT OF INTERESTS, PUBLIC DEFENDER RELIEVED. ☐ OATH FILED PER SECTION 68560 GOVERNMENT CODE.
☐ ALTERNATE DEFENSE COUNSEL _____ PURSUANT TO PENAL CODE SECTION 987.2/GOVERNMENT CODE SECTION 31000 _____ IS APPOINTED.
72 ☐ CRIMINAL PROCEEDINGS ADJOURNED/RESUMED.
73 ☐ DEFENDANT ORDERED DELIVERED TO DEPARTMENT OF CORRECTIONS PER SECTION 1203.03 PENAL CODE.
74 ☐ ON _____ MOTION, PROBATION AND SENTENCING AND/OR FURTHER PROCEEDINGS CONTINUED TO 11-27-90
☐ AT _____ A.M. IN DEPT. _____ NWB ☐ SUPPLEMENTAL PROBATION REPORT/PROGRESS REPORT ORDERED
☐ DEFENDANT PERSONALLY AND ALL COUNSEL WAIVE TIME FOR SENTENCING. ☐ DEFENDANT ORDERED TO RETURN.
75 ☐ PROBATION DENIED / PROCEEDINGS SUSPENDED AND/OR IMPOSITION AS FOLLOWS:
☐ IMPRISONED IN STATE PRISON FOR _____ ☐ TERM PRESCRIBED BY LAW ☐ TOTAL OF _____ YEARS _____ MONTHS
☐ COURT SELECTS THE _____ TERM OF _____ AS TO COUNT _____
☐ PLUS _____ YEAR(S) PURSUANT TO PENAL CODE SECTION _____
☐ PLUS _____ AS INDICATED IN BOX 88 BELOW
☐ COMMITTED TO CALIFORNIA YOUTH AUTHORITY, THE TERM OF IMPRISONMENT TO WHICH THE DEFENDANT WOULD HAVE BEEN SENTENCED PURSUANT TO SECTION 1170 PENAL CODE IS _____ YEARS
☐ IMPRISONED IN LOS ANGELES COUNTY JAIL FOR TERM OF _____ DAYS
☐ FIXED IN SUM OF $ _____ PLUS ADDITIONAL FINE OF $ _____
☐ TOTAL FINE OF $ _____ ☐ ASSESSMENT AND SURCHARGE (1464 PC & 76000GC), TO BE PAID TO COUNTY CLERK ☐ PAY RESTITUTION FINE IN SUM OF $ _____
☐ GOVERNMENT CODE PAYABLE TO RESTITUTION FUND ☐ PURSUANT TO SECTION 13967(a)
77 ☐ SENTENCE IS SUSPENDED.
76 ☐ PROBATION GRANTED FOR A PERIOD OF _____ Three 3 YEARS ☐ PROBATION TO BE WITHOUT FORMAL SUPERVISION.
1 ☐ SPEND FIRST _____ 110 DAYS IN COUNTY JAIL ☐ ROAD CAMP OR HONOR FARM RECOMMENDED.
☐ WORK FURLOUGH PROGRAM RECOMMENDED. ☐ NOT TO BE ELIGIBLE FOR COUNTY PAROLE
2 ☐ FIXED IN SUM OF $ _____ ☐ PLUS ADDITIONAL FINE OF $ _____ (11372.5 HEALTH & SAFETY CODE) FOR A
☐ TOTAL FINE OF $ _____ PLUS _____ ☐ ASSESSMENT AND SURCHARGE (1464 & 76000GC), TO BE PAID TO PROBATION OFFICER IN SUCH MANNER AS HE SHALL PRESCRIBE.
3 ☐ MAKE RESTITUTION OF $ _____ TO THE VICTIM/RESTITUTION FUND PURSUANT TO SECTION 1203.04
☐ PENAL CODE IN SUCH MANNER AS THE PROBATION OFFICER SHALL PRESCRIBE. ☐ TOTAL AMOUNT OF RESTITUTION TO INCLUDE _____ ☐ SERVICE CHARGE AS AUTHORIZED BY SECTION 1203.1 P.C.
☐ PAY RESTITUTION FINE IN SUM OF $ _____ PURSUANT TO SECTION 1203.1(b) GOVERNMENT CODE PAYABLE TO
☐ PROBATION DEPARTMENT IN SUCH MANNER AS THEY PRESCRIBE. ☐ SAID FINE TO BE STAYED WHILE DEFENDANT PAYS RESTITUTION
☐ AND IF RESTITUTION IS PAID IN FULL, STAY SHALL BE PERMANENT.
5 ☐ MINIMUM PAYMENT OF FINE/RESTITUTION TO BE $ _____
6 ☐ NOT DRINK ANY ALCOHOLIC BEVERAGE AND STAY OUT OF PLACES WHERE THEY ARE THE CHIEF ITEM OF SALE.
7 ☐ NOT USE OR POSSESS ANY NARCOTICS, DANGEROUS OR RESTRICTED DRUGS OR ASSOCIATED PARAPHERNALIA, EXCEPT WITH VALID PRESCRIPTION, AND STAY AWAY FROM PLACES WHERE USERS CONGREGATE.
8 ☑ NOT ASSOCIATE WITH PERSONS KNOWN BY YOU TO BE NARCOTIC OR DRUG USERS OR SELLERS.
☐ SUBMIT TO PERIODIC ANTI-NARCOTIC TESTS AS DIRECTED BY THE PROBATION OFFICER. SUCH TESTING TO BE SUSPENDED WHILE THE DEFENDANT IS IN CUSTODY, IS HOSPITALIZED, OR IS IN A RESIDENTIAL DRUG TREATMENT PROGRAM APPROVED BY PROBATION OFFICER.
9 ☐ HAVE NO BLANK CHECKS IN POSSESSION. NOT WRITE ANY PORTION OF ANY CHECK. NOT HAVE BANK ACCOUNT UPON WHICH YOU MAY DRAW CHECKS.
10 ☐ NOT GAMBLE OR ENGAGE IN BOOKMAKING ACTIVITIES OR HAVE PARAPHERNALIA THEREOF IN POSSESSION, AND NOT BE PRESENT IN PLACES WHERE GAMBLING OR BOOKMAKING IS CONDUCTED.
11 ☐ NOT ASSOCIATE WITH _____
12 ☐ COOPERATE WITH PROBATION OFFICER IN A PLAN FOR _____
13 ☐ SUPPORT DEPENDENTS AS DIRECTED BY PROBATION OFFICER.
14 ☑ SEEK AND MAINTAIN TRAINING, SCHOOLING OR EMPLOYMENT AS APPROVED BY PROBATION OFFICER.
15 ☐ MAINTAIN RESIDENCE AS APPROVED BY PROBATION OFFICER.
16 ☐ SURRENDER DRIVER'S LICENSE TO CLERK OF COURT TO BE RETURNED TO DEPARTMENT OF MOTOR VEHICLES.
17 ☐ NOT DRIVE A MOTOR VEHICLE UNLESS LAWFULLY LICENSED AND INSURED.
18 ☐ NOT OWN, USE OR POSSESS ANY DANGEROUS OR DEADLY WEAPONS.
19 ☐ SUBMIT PERSON AND PROPERTY TO SEARCH OR SEIZURE AT ANY TIME OF THE DAY OR NIGHT BY ANY LAW ENFORCEMENT OFFICER WITH OR WITHOUT A WARRANT.
20 ☐ OBEY ALL LAWS, ORDERS, RULES AND REGULATIONS OF THE PROBATION DEPARTMENT AND OF THE COURT.
79 ☑ DEFENDANT GIVEN TOTAL CREDIT FOR _____ DAYS IN CUSTODY. ( _____ DAYS ACTUAL CUSTODY AND _____ DAYS GOOD TIME/WORK TIME)
80 ☐ SENTENCE/COUNTS TO RUN CONSECUTIVE TO/CONCURRENTLY WITH _____
81 ☑ STAY OF EXECUTION ON _____ County Jail Three _____ GRANTED TO 9-27-90
82 ☐ ON MOTION OF PEOPLE, COUNTS _____ DISMISSED IN FURTHERANCE OF JUSTICE.
83 ☐ COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
84 ☐ "NOTICE RE CERTIFICATE OF REHABILITATION AND PARDON" GIVEN TO DEFENDANT.
85 ☑ DEFENDANT TO PAY COSTS OF PROBATION SERVICES IN SUM OF $ _____ Monthly
86 ☐ COURT FINDS THAT DEFENDANT DOES NOT HAVE THE PRESENT ABILITY TO PAY COSTS OF INCARCERATION/LEGAL SERVICES RENDERED/ PROBATION SERVICES RENDERED.
87 ☐ DEFENDANT IS REFERRED TO TREASURER/TAX COLLECTOR FOR FINANCIAL EVALUATION.
88 ☑ FURTHER ORDER AS FOLLOWS/ADDITIONAL CONDITIONS OF PROBATION _____

89 ☐ SHERIFF IS ORDERED TO ALLOW DEFENDANT _____ PHONE CALLS AT DEFENDANT'S OWN EXPENSE
90 ☐ DEFENDANT FAILS TO APPEAR WITH/WITHOUT SUFFICIENT EXCUSE.
91 ☐ BAIL, IF POSTED, FORFEITED/NOT REVOKED. BENCH WARRANT ORDERED ISSUED/REISSUED/AND HELD UNTIL _____
☐ NO BAIL/BAIL FIXED AT $ _____
92 ☐ DEFENDANT APPEARING, BENCH WARRANT ORDERED RECALLED/QUASHED ☐ RECALL NO. _____ WRITTEN _____ ABSTRACT FILED

| | | | |
|---|---|---|---|
| ☐ REMANDED | ☐ BAIL | ☑ BAIL EXON. | ☐ BOND NO. BBS-76212 |
| ☐ RELEASED | ☐ O.R. | ☐ O.R. DISCHARGED | ☐ ON PROBATION |
| | ☐ BENCH WARRANT | | ☐ IN CUSTODY OTHER MATTER |

70CT78 (REV.2-87) 7-89

MINUTE ORDER

MINUTES ENTERED
8-24-90
COUNTY CLERK

**3** P & S